28 A.3d 1242

IN THE MATTER OF LOUIS J. KADY, A/K/A LOUIS J.R. KADY, AN ATTORNEY AT LAW (ATTORNEY NO. 010381976).

October 14, 2011.

## ORDER

This matter having been duly presented to the Court on the application of the Office of Attorney Ethics recommending that **LOUIS J. KADY, A/K/A LOUIS J.R. KADY,** who was admitted to the bar of this State in 1976, be transferred to disability inactive status pursuant to *Rule* 1:20-12;

And it appearing that **LOUIS J. KADY, A/K/A LOUIS J.R. KADY,** lacks the capacity to practice law;

And good cause appearing;

It is ORDERED that **LOUIS J. KADY, A/K/A LOUIS J.R. KADY,** is hereby transferred to disability inactive status pursuant to *Rule* 1:20–12, effective immediately, and until the further Order of the Court; and it is further

ORDERED that **LOUIS J. KADY, A/K/A LOUIS J.R. KADY,** is hereby restrained from practicing law during the period that he remains on disability inactive status; and it is further

ORDERED that **LOUIS J. KADY, A/K/A LOUIS J.R. KADY,** comply will *Rule* 1:20–20 governing incapacitated attorneys.